IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

      Plaintiff,

      v.

HORNBROOK COMMUNITY
SERVICES DISTRICT, et al.,

      Defendants.

No.  2:22-cv-02018-DC-DMC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 18)

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On September 16, 2025, the assigned magistrate judge filed findings and recommendations which were served on the parties, and which contained notice that the parties may file objections within fourteen (14) days.  ECF No. 18.  No objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED as follows:

    1.    The findings and recommendations filed September 16, 2025, ECF No. 18, are

1

ADOPTED;

2.  The following claims are DISMISSED WITHOUT LEAVE TO AMEND:

    a.  Federal Count II (Deprivation of Equal Protection);

    b.  State Count I (Violation of HCSD Bylaws);

    c.  State Count II (Negligence); and

    d.  State Count V (Violation of California FEHA and Gov. Code §11135);

3.  It is ORDERED that this action proceed on the second amended complaint on Plaintiff's remaining claims:

    a.  Federal Count I(a) (First Amendment Retaliation);

    b.  Federal Count I(b) (42 U.S.C. § 300j-8);

    c.  Federal Count II (Deprivation of Due Process as to Plaintiff's protected interest in access to HCSD records);

    d.  Federal Count III (due process claim arising from Plaintiff's right to vote as a legislator);

    e.  Federal Count IV (equal protection claim);

    f.  Federal Count V (42 U.S.C. § 1983 claim arising from a due process violation by false prosecution of civil action);

    g.  State Count III (intentional infliction of emotional distress); and

    h.  State Count IV (BANE Act claim);

4.  This action is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

_____

Dena Coggins
United States District Judge

2